UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

Plaintiff,

-against-

CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,

Defendants.

Civ. No. 07CV8707 (JSR)

**LOCAL RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff 3Com Corporation certifies that 3Com is a publicly traded corporation. 3Com does not have a parent, and no publicly held corporation owns 10% or more of 3Com's stock.

On September 28, 2007, 3Com Corporation announced that it signed a definitive merger agreement to be acquired by affiliates of Bain Capital Partners, LLC, a leading global private investment firm.

Respectfully submitted,

3COM CORPORATION,

By its attorneys,

Daniel E. Rosenfeld (DR 4624)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Douglas F. Broder (DB 8406)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Dated: October 9, 2007