# EXHIBIT 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Oct 2 04:05:14 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout | Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | 3 COM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: [ Electronic personal organizers; ] telephone apparatus, namely, telephones and speaker phones, [ facsimile transmission and receiving machines, telephone answering machines, ] voice mail machines [ and video phones ] ; local area networking and internet protocol telephony system hardware and [ operating ] software; voice mail software; [ pc digital cameras, network attached cameras; home personal internet computer units and wireless internet computer units; ] computer network hardware and peripherals, namely, network interface cards, [ modems, modem cards, ] wireless modems, cable modems, DSL modems, terminal adapters, computer terminal hubs, local area network switches, wide area network switches, routers, servers, concentrators, power systems, consisting of uninterruptable and redundant power units, and DC voltage converters; electrical connectors, computer cables and fiber optic cables; and computer software for use in managing monitoring and diagnosing computer networks. FIRST USE: 20000911. FIRST USE IN COMMERCE: 20000911<br><br>IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes and workshops in the fields of computers, computer software, computer networks, computer networking peripherals, data communications and related technologies; and providing educational information via a global computer network in the fields of computers, computer software, computer networks, computer networking peripherals, data communications and related technologies. FIRST USE: 20000911. FIRST USE IN COMMERCE: 20000911<br><br>IC 042. US 100 101. G & S: Computer consultation; computer network design for others; and providing information via a global computer network in the fields of computers, computer software, computer networks, computer networking peripherals, data communications and related technologies. FIRST USE: 20000911. FIRST USE IN COMMERCE: 20000911 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 14.03.04 - Clamps, hardware; Connectors (clamps, collars); Rings, hardware<br>26.01.13 - Circles, two (not concentric); Two circles<br>26.01.16 - Circles touching or intersecting |

| | |
|---|---|
| Serial Number | 75960766 |
| Filing Date | March 17, 2000 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | March 6, 2001 |
| Registration Number | 2541487 |
| Registration Date | February 19, 2002 |
| Owner | (REGISTRANT) 3Com Corporation CORPORATION DELAWARE 350 Campus Drive Marlborough MASSACHUSETTS 017523064 |
| Attorney of Record | Kimberly G. Russell |
| Prior Registrations | 0468252;2104935;2228064;2249136;2249139;2251145;2316277;AND OTHERS |
| Description of Mark | The stippling is for shading purposes only. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |



| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY