# EXHIBIT 2

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 29 04:07:00 EDT 2007*

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ]
[ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: [      ] OR [ Jump ] to record: [          ] **Record 30 out of 56**

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ] *( Use the "Back" button of the Internet Browser to return to TESS)*



**Goods and Services**

IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes and workshops in the fields of computers, computer software, computer networks, computer networking peripherals, data communications and related technologies; and providing educational information via a global computer network in the fields of computers, computer software, computer networks, computer networking peripherals, data communications and related technologies. FIRST USE: 20000911. FIRST USE IN COMMERCE: 20000911

IC 009. US 021 023 026 036 038. G & S: [ Electronic personal organizers; ] telephone apparatus, namely, telephones and speaker phones, [ facsimile transmission and receiving machines, telephone answering machines, ] voice mail machines [ and video phones; ] local area networking and internet protocol telephony system hardware and software; voice mail software; [ pc digital cameras, network attached cameras; home personal internet computer units and wireless internet computer units; ] computer network hardware and peripherals, namely, network interface cards, [ modems, modem cards, ] wireless modems, cable modems, DSL modems, terminal adapters, computer terminal hubs, local area network switches, wide area network switches, routers, servers, concentrators, power systems, consisting of uninterruptable and redundant power units, and DC voltage converters; electrical connectors, computer cables and fiber optic cables; and computer software for use in managing monitoring and diagnosing computer networks. FIRST USE: 20000911. FIRST USE IN COMMERCE: 20000911

IC 042. US 100 101. G & S: Computer consultation; computer network design for others; and providing information via a global computer network in the fields of computers, computer software, computer networks, computer networking peripherals, data communications and related technologies. FIRST USE: 20000911. FIRST USE IN COMMERCE: 20000911

**Mark**

Trademark Electronic Search System (TESS)

| | |
|---|---|
| Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 17.03.03 - Rings, jewelry |
| Serial Number | 75960802 |
| Filing Date | March 17, 2000 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | January 30, 2001 |
| Registration Number | 2486291 |
| Registration Date | September 4, 2001 |
| Owner | (REGISTRANT) **3Com** Corporation CORPORATION DELAWARE 350 Campus Drive Marlborough MASSACHUSETTS 017523064 |
| Attorney of Record | Kimberly Russell |
| Description of Mark | The stippling is a feature of the mark. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY