# EXHIBIT 3



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Sep 29 04:07:00 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [      ] OR [Jump] to record: [      ] Record 10 out of 15

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | 3COM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: electronic personal organizers; telephone apparatus, namely, telephone apparatus, namely, telephones and speakerphones, facsimile transmission and receiving machines, telephone answering machines, voice mail machines, and video phones; computer network hardware and peripherals, including network interface cards, modems, modem cards, wireless modems, terminal adapters, hubs, local area network switches, wide area network switches, routers, servers, concentrators, power systems, consisting of uninterruptible and redundant power units and DC voltage converters; electrical connectors, computer cables and fiber optic cables; and computer software for use in managing, monitoring and diagnosing computer networks. FIRST USE: 19980100. FIRST USE IN COMMERCE: 19980100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75365153 |
| **Filing Date** | September 29, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 30, 1999 |
| **Registration Number** | 2364947 |
| **Registration Date** | July 4, 2000 |
| **Owner** | (REGISTRANT) 3COM CORPORATION CORPORATION DELAWARE 5400 Bayfront Plaza Santa Clara CALIFORNIA 95052 |
| **Attorney of** | THAD CHALOEMTIARANA |

| | |
|---|---|
| Record Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |



| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |