# EXHIBIT 4



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Sep 29 04:07:00 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [     ] OR [Jump] to record: [     ] **Record 1 out of 15**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | 3COM |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer consultation; computer network design for others; and providing information via a global computer network in the fields of computers, computer software, computer networks, computer networking peripherals; providing on-site technical support services, namely, troubleshooting computer hardware and software problems. FIRST USE: 19850200. FIRST USE IN COMMERCE: 19850200

IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes and workshops in the fields of computers, computer software, computer networks, computer networking peripherals, telecommunications, and data communications; providing news in the nature of current event reporting. FIRST USE: 19840100. FIRST USE IN COMMERCE: 19840100

IC 037. US 100 103 106. G & S: Installation and maintenance of computer systems, communications systems and the equipment related to those systems. FIRST USE: 19850200. FIRST USE IN COMMERCE: 19850200

IC 009. US 021 023 026 036 038. G & S: COMPUTER HARDWARE, FIRMWARE FOR NETWORK MANAGEMENT; COMPUTERS, COMPUTER PERIPHERALS; COMPUTER HARDWARE AND FIRMWARE FOR CONNECTIVITY DEVICES, NAMELY, GATEWAYS, BRIDGES, HUBS, ROUTERS, CABLING, COMMUNICATION SYSTEM COMPONENTS, NAMELY, COMMUNICATION HUBS AND SWITCHES; WIRELESS COMMUNICATION EQUIPMENT AND APPARATI AND DIGITAL SIGNAL PROCESSORS, COMPUTER NETWORK HUBS, SWITCHES AND ROUTERS, AND ETHERNET SWITCHES; REMOTE ACCESS EQUIPMENT, NAMELY, NETWORK EQUIPMENT IN THE FIELD OF WIDEBAND COMMUNICATIONS; TELEPHONES, INTERNET PROTOCOL TELEPHONY SYSTEMS, NAMELY, COMPUTER TELEPHONY SOFTWARE THAT ENABLES TELEPHONE ACTIVITIES TO BE PERFORMED THROUGH A COMPUTER; PC CARD CABLES, HUB AND SWITCH CABLES, RPS CABLES, WAN ACCESS CABLES, FIREWALLS AND FILTERS, NETWORK INTERFACE CARDS, NETWORK JACKS, POWER SUPPLIES WIRELESS LAN ANTENNAS AND CABLES, PC CARDS, INTERFACE CARDS AND MODULES; COMPUTER SOFTWARE FOR DIAGNOSING, INSTALLING, SUPPORTING, MANAGING, CONFIGURING, CONNECTING, INTEROPERATING, UPGRADING AND CONTROLLING COMPUTER HARDWARE, |

FIRMWARE, AND SOFTWARE; COMPUTER SOFTWARE FOR USE IN THE FIELD OF EDUCATION, NAMELY, FOR TRANSMITTING AND MANAGING DATA COMMUNICATIONS AMONG USERS; TELECOMMUNICATION GOODS, NAMELY, CALL PROCESSORS, CHASSIS, DISK MIRRORING KITS, MULTI-LINE TELEPHONES, ATTENDANT CONSOLES, ANALOG DEVICE CONNECTIONS, INTERFACE CARDS, AND POWER MODULES. FIRST USE: 19800904. FIRST USE IN COMMERCE: 19800904

| | |
|---|---|
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78978109 |
| Filing Date | December 23, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | October 11, 2005 |
| Registration Number | 3240781 |
| Registration Date | May 8, 2007 |
| Owner | (REGISTRANT) 3Com Corporation CORPORATION DELAWARE 350 Campus Drive Marlborough MASSACHUSETTS 017523064 |
| Attorney of Record | Raymond I. Geraldson, Jr. |
| Prior Registrations | 1320456;2228064;2249139;2316227;2364947 |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY