# EXHIBIT 8

# AMENDMENT NO. 1
## TO
### First Contract Addendum to the License Agreement and Operation Agreement between 3Com Corporation and Capital 4

This Amendment Number One ("Amendment") is entered into, as of _May 8_, 2007 ("Amendment Effective Date") by and between 3Com Corporation, a Delaware corporation with offices at 350 Campus Drive, Marlborough, MA ("3Com") and Capital 4, Inc. a Texas corporation with offices at _1010 N. San Jacinto Hou Tx 77002_ ("Capital 4").

WHEREAS, the Parties entered into a First Contract Addendum to the License and Operation Agreement, with an Effective Date of April 1, 2007 ("Addendum"), and

WHEREAS, the Parties wish to amend the Addendum to reflect changes in the accounts listed on Schedule B of the Addendum;

NOW, THEREFORE, the parties, in consideration of the terms and conditions herein, hereby agree as follows:

1. Attachment B is hereby deleted in its entirety and replaced with Exhibit B attached hereto.

All other terms of the Agreement shall remain in full force and effect.

ACCEPTED, and agreed to by authorized representatives of the Parties.

Capital 4

Name: _F. DAVIS DAWSON_
Title: _President_
Date: _5/8/07_

3Com Corporation

Name:
Title:
Date:

# EXHIBIT B

| Name | VAR/Disti | ESTIM GROSS FUNDING | Estimated Equipment Cost | Lender | CSA |
|---|---|---|---|---|---|
| Danners Inc. | Capital 4, Inc | $57,923.00 | $8,668.00 | HEF-3Com | 3Com |
| Design Tech | Capital 4, Inc | $150,000.00 | $21,349.00 | HEF-3Com | 3Com |
| ENT of Georgia | DJJ Atlanta | $821,937.57 | $128,000.00 | HEF-3Com | 3Com |
| House Pro Inc AA | Capital 4, Inc | $40,830.00 | $7,156.00 | HEF-3Com | 3Com |
| Progressive Lighting | DJJ Atlanta | $574,163.00 | $112,900.00 | HEF-3Com | 3Com |
| SNC - Lavalin GDS | Capital 4, Inc | $500,000.00 | $152,000.00 | HEF-3Com | 3Com |