# EXHIBIT 22

Tara Energy

3COM
POWER OF ZERO

## 3COM POWER OF $ZERO™ CUSTOMER AGREEMENT

3Com Power of $Zero Program Administrator ("3Com POZ PA") and Customer (as defined below) enter into this 3Com Power of $Zero™ Customer Agreement (the "Agreement"), under which 3Com POZ PA shall provide, maintain, and support all of Customer's Public Access Services in accordance with the 3Com Power of $Zero Service Level Agreement and the Power of $Zero Additional Terms (the "Terms") Customer agrees to enter into the Funding or Rental Agreement (the "Funding Agreement"), under which Customer shall obtain its selected 3Com Technologies ("Voice Technology Solutions")

- Customer agrees that the monthly payment obligation associated with the Agreement is: $4,710.39

- Customer's total monthly payment amount will hereafter include both the Customer's Public Access Services ("PAS") and the amortized value of the option selected herein.

- Customer's acceptance of the Agreement is based upon Customer's election of the following (please initial choice to show election):
    _____ the Equipment Option with a value of $168,870;
    _____ the Cash Rebate Option in the amount of $18,255.29; or
    _____ both the Equipment Option and one-half of the Cash Rebate Option in the amount of $177,997.64 (Requires automatic renewal under an equal term on the 36th month following the Effective Date of the Agreement)

- The Equipment Purchase Option at the end of the agreement will be $4,710.39 payable to 3Com POZ PA in addition to the $1 purchase option payable to the Funding Source

- The Equipment Purchase Option payable to 3Com POZ PA will be waived if Tara Energy renews this Agreement with a new Funding Agreement

- For further clarification:
    a  By selecting the Equipment (Voice and Data Technologies) Option, Customer has chosen to receive value in the form of a state-of-the-art 3Com Voice and Data Technologies Solution to be delivered as soon as Customer executed Funding Agreement has been accepted. During the last year of the Agreement (approaching the 36th month of the Agreement's term), Customer will have the opportunity to renew the Agreement. Customer will have the option to select the Cash Rebate Option, the Equipment (Voice and Data Technologies) Option, or the Equipment (Voice and Data Technologies) & Cash Rebate Option, in which case, Customer will be entitled to the value Customer selects
    b  The Cash Rebate Option (based on today's funding terms, PAS expenses and selecting 36 month term) would be approximately $18,255.29 Customer will have the option to select a longer term and receive a larger payment at renewal

- Customer agrees that 3Com POZ PA's acceptance of the Agreement is subject to the Additional Terms, and the acceptance of the Funding Agreement is subject to Customer being credit approved. 3Com Corporation has designated 3Com POZ PA for contracts and overall program administration.

- Customer agrees that it has had an opportunity to evaluate the 3Com Power of $Zero™ Solution, and ask any questions regarding the 3Com Power of $Zero™ Solution Having done so, it voluntarily agrees to enter into this Agreement for 36 months

EXECUTED on this 30 day of November, 2006

3Com Power of $Zero Program Administrator            Customer  [signature]

By:   F. Davis Dawson, President                      By:   MOHUN HASSAN
Add:  1010 North San Jacinto, Houston, Texas  77002   Add:  5373 W. ALABAMA STE 415
Phone: 713-228-9928                                   Phone: 713-830-1019
Fax:   713-237-1118                                   Fax:   281-754-4613
E-mail: support@3com-poz.com                          E-mail: mhassan@taraenergy.com