UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

         Plaintiff,

-against-

CAPITAL 4, INC., F. DAVIS
DAWSON, and ISH VILLA-LOBOS,

         Defendants.

Civ. No.

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Daniel E. Rosenfeld of Kirkpatrick & Lockhart Preston

Gates Ellis LLP hereby enters his appearance in this action as counsel for 3Com Corporation,

and requests that all pleadings and papers in this action be served upon the undersigned.

Respectfully submitted,

3COM CORPORATION,

By its attorneys,

Daniel E. Rosenfeld (DR 4624)
KIRKPATRICK & LOCKHART PRESTON
  GATES ELLIS LLP
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: October 9, 2007

BOS-1129944 v2