UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3COM CORPORATION,<br><br>        Plaintiff,<br><br>-against-<br><br>CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,<br><br>        Defendants. | Civ. No.<br><br>REQUEST FOR HEARING |

      Plaintiff, 3Com Corporation, hereby requests that its Motion for a Temporary Restraining Order and Preliminary Injunction be heard on Tuesday, October 9, 2007.

      Respectfully submitted,

      3COM CORPORATION,

      By its attorneys,

      _____
      Daniel E. Rosenfeld (DR 4624)
      KIRKPATRICK & LOCKHART PRESTON
         GATES ELLIS LLP
      One Lincoln Street
      Boston, MA 02111
      (617) 261-3100

Dated: October 9, 2007