UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| 3COM CORPORATION, | § § § | |
| Plaintiff, | § | AFFIDAVIT OF SERVICE |
| -against- | § § | |
| CAPITAL 4, INCORPORATED, F. DAVIS DAWSON and ISH VILLA-LOBOS, | § § | CASE NUMBER: 07 CIV 8707 |
| Defendants. | § | |

Came to hand on the 10th day of October, 2007, at 5:23 o'clock P.M., Executed at **1010 North San Jacinto, Houston, Texas 77002**, within the County of **Harris** at **1:00** o'clock **P.M.** on the **11th** day of October, 2007, by delivering to the within named

CAPITAL 4, INCORPORATED,

by delivering to **ISH VILLA-LOBOS, principal of Capital 4, Incorporated,** in person a true copy of this

PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION with MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF DEAN M. WHITEHOUSE IN SUPPORT OF 3COM CORPORATION'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF GLENN EWING IN SUPPORT OF 3COM CORPORATION'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF LAWRENCE S. LANGMORE IN SUPPORT OF 3COM CORPORATION'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF CHRISTOPHER JODOIN IN SUPPORT OF 3COM CORPORATION'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and REQUEST FOR HEARING attached,

having first endorsed on same date of delivery.

R. C. RIVERA
Authorized Person #SCH1038
Harris County, Texas

On this day personally appeared R. C. RIVERA, known to me to be the person whose name is subscribed on the foregoing instrument and who has stated under oath: "My name is R. C. RIVERA. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

Subscribed and sworn to before me on this 13th day of October, 2007.

DELYNE NUNEZ
Notary Public, State of Texas
My Commission Expires
April 04, 2010

Notary Public, State of Texas