UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

3COM CORPORATION,                                  :      1:07-cv-8707 (JSR)

                 Plaintiff,                        :

    - against -                                         :      **NOTICE OF APPEARANCE**

CAPITAL 4, INC., F. DAVIS DAWSON            :
and ISHVILLA-LOBOS,

                                                                   :

                 Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that Douglas F. Broder of Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby enters his appearance in this action as attorney for plaintiff 3Com Corporation and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:   New York, New York
           October 26, 2007

                                                          /Douglas F. Broder (DB8406)
                                           KIRKPATRICK & LOCKHART PRESTON
                                            GATES ELLIS LLP
                                       599 Lexington Avenue
                                       New York, New York 10022
                                       (212) 536-3900
                                       (212) 536-3901 (fax)

                                       Attorneys for Plaintiff

NY-563466 v1