UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| 3COM CORPORATION, | § § | |
| Plaintiff, | § § | AFFIDAVIT OF SERVICE |
| -against- | § § | |
| CAPITAL 4, INCORPORATED, F. DAVIS DAWSON and ISH VILLA-LOBOS, | § § | CASE NUMBER: 07 CIV 8707 |
| Defendants. | § | |

Came to hand on the **10th** day of **October, 2007**, at **5:23 o'clock P.M.**, Executed at **1010 North San Jacinto, Houston, Texas 77002**, within the County of **Harris** at **1:00 o'clock P.M.** on the **11th** day of October, 2007, by delivering to the within named

**F. DAVIS DAWSON,**

in person a true copy of this

**[PROPOSED] ORDER FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION,**

having first endorsed on same date of delivery.

_____
**R. C. RIVERA**
Authorized Person #SCH1038
Harris County, Texas

On this day personally appeared **R. C. RIVERA**, known to me to be the person whose name is subscribed on the foregoing instrument and who has stated under oath: "My name is **R. C. RIVERA**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

Subscribed and sworn to before me on this __13th__ day of __October__, 2007.

_____
Notary Public, State of Texas

DELYNE NUNEZ
Notary Public, State of Texas
My Commission Expires
April 04, 2010