UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

        Plaintiff,

-against-

CAPITAL 4, INC., F. DAVIS
DAWSON, and ISH VILLA-LOBOS,

        Defendants.

07- Civ. No. 08707-JSR

Honorable Judge Jed S. Rakoff

MOTION FOR ADMISSION
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Daniel E. Rosenfeld, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Eileen E. Pott
    Kirkpatrick & Lockhart Preston Gates Ellis, LLP
    One Lincoln Street
    Boston, Massachusetts 02111
    Telephone: (617) 951-3100
    Fax: (617) 261-3175
    eileen.pott@klgates.com

Eileen E. Pott is a member in good standing of the Bar of the Commonwealth of Massachusetts and of the Bar of the State of Michigan. There are no pending disciplinary proceedings against Eileen E. Pott in any State or Federal court.

November 14, 2007
Boston, Massachusetts

-2-

Respectfully submitted,

*[signature]*

Daniel E. Rosenfeld (DR 4624)
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Fax: (617) 261-3175

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3COM CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,<br><br>Defendants. | Civ. No. 08707-JSR<br><br>Honorable Judge Jed S. Rakoff<br><br>AFFIDAVIT OF DANIEL E. ROSENFELD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

I, Daniel E. Rosenfeld, being duly sworn, hereby certify as follows:

1. I am a partner at Kirkpatrick & Lockhart Preston Gates Ellis, LLP and counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Eileen E. Pott as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 11, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Eileen E. Pott since January 10, 2005.

4. Eileen E. Pott is an associate at the law firm of Kirkpatrick & Lockhart Preston Gates Ellis, LLP in Boston, Massachusetts.

5. I have found Mrs. Pott to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Eileen E. Pott, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Eileen E. Pott, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eileen E. Pott, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

November 14, 2007
Boston, Massachusetts
Notarized by: Mary Ann Souza

*Mary Ann Souza*

My Commission Expires
Nov. 28, 2010

Respectfully submitted,

*[signature]*

Daniel E. Rosenfeld
DR 4624

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

        Plaintiff,

-against-

CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,

        Defendants.

Civ. No. 08707-JSR

Honorable Judge Jed S. Rakoff

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Daniel E. Rosenfeld, attorney for 3Com Corporation, and upon said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Eileen E. Pott
    Kirkpatrick & Lockhart Preston Gates Ellis, LLP
    One Lincoln Street
    Boston, Massachusetts 02111
    Telephone: (617) 951-3100
    Fax: (617) 261-3175
    eileen.pott@klgates.com

is admitted to practice pro hac vice as counsel for 3Com Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

                                            _____
                                            United States District Judge Jed S. Rakoff

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-third** day of **June** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

**Eileen Erbecker Pott**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirty-first** day of October in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



## CERTIFICATE OF SERVICE

I, Daniel E. Rosenfeld, hereby certify that the foregoing document was served on the following by first class mail this 14th day of November, 2007:

Luigi Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
spadafora.l@wssllp.com

*Counsel for defendants Capital 4, Inc., Ish Villa-Lobos, and F. Davis Dawson*

Daniel E. Rosenfeld (DR 4624)