UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

        Plaintiff,

-against-

CAPITAL 4, INC., F. DAVIS
DAWSON, and ISH VILLA-LOBOS,

        Defendants.

07- Civ. No. 08707-JSR

Honorable Judge Jed S. Rakoff

MOTION FOR ADMISSION
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Daniel E. Rosenfeld, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Sarah C. Kellogg
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
One Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 951-3100
Fax: (617) 261-3175
sarah.kellogg@klgates.com

Sarah C. Kellogg is a member in good standing of the Bar of the Commonwealth of Massachusetts and the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Sarah C. Kellogg in any State or Federal court.

November 14, 2007
Boston, Massachusetts

-2-

Respectfully submitted,

_____
Daniel E. Rosenfeld (DR 4624)
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Fax: (617) 261-3175

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3COM CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,<br><br>Defendants. | Civ. No. 08707-JSR<br><br>Honorable Judge Jed S. Rakoff<br><br>AFFIDAVIT OF DANIEL E. ROSENFELD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

I, Daniel E. Rosenfeld, being duly sworn, hereby certify as follows:

1. I am a partner at Kirkpatrick & Lockhart Preston Gates Ellis, LLP and am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Sarah C. Kellogg as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 11, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Sarah C. Kellogg since the summer of 1996.

4. Sarah C. Kellogg is an associate at the law firm of Kirkpatrick & Lockhart Preston Gates Ellis, LLP in Boston, Massachusetts.

5. I have found Ms. Kellogg to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Sarah C. Kellogg, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Sarah C. Kellogg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sarah C. Kellogg, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

-2-

November 14, 2007
Boston, Massachusetts
Notarized by: Mary Ann Souza

*MaryAnnSouza*

My Commission Expires
Nov. 28, 2010

Respectfully submitted,

*[signature]*

Daniel E. Rosenfeld
DR 4624

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3COM CORPORATION,<br><br>    Plaintiff,<br><br>  -against-<br><br>CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,<br><br>    Defendants. | Civ. No. 08707-JSR<br><br>Honorable Judge Jed S. Rakoff<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Daniel E. Rosenfeld, attorney for 3Com Corporation and upon said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Sarah C. Kellogg
  Kirkpatrick & Lockhart Preston Gates Ellis, LLP
  One Lincoln Street
  Boston, Massachusetts 02111
  Telephone: (617) 951-3100
  Fax: (617) 261-3175
  sarah.kellogg@klgates.com

is admitted to practice pro hac vice as counsel for 3Com Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

              _____
              United States District Judge Jed S. Rakoff

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **December** A.D. **1997**, said Court being the highest Court of Record in said Commonwealth:

**Sarah C. Kellogg**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third** day of October in the year of our Lord **two thousand and seven.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Sarah C. Kellogg, Esq.

**DATE OF ADMISSION**

*December 13, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 24, 2007

Patricia A. Nicola
Chief Clerk

## CERTIFICATE OF SERVICE

I, Daniel E. Rosenfeld, hereby certify that the foregoing document was served on the following by first class mail this 14th day of November, 2007:

Luigi Spadafora, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
spadafora.l@wssllp.com

*Counsel for defendants Capital 4, Inc., Ish Villa-Lobos, and F. Davis Dawson*

_____
Daniel E. Rosenfeld (DR 4624)