UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

        Plaintiff,

-against-

CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,

        Defendants.

Civ. No. 08707-JSR

Honorable Judge Jed S. Rakoff

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Daniel E. Rosenfeld, attorney for 3Com Corporation and upon said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Sarah C. Kellogg
    Kirkpatrick & Lockhart Preston Gates Ellis, LLP
    One Lincoln Street
    Boston, Massachusetts 02111
    Telephone: (617) 951-3100
    Fax: (617) 261-3175
    sarah.kellogg@klgates.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07

is admitted to practice pro hac vice as counsel for 3Com Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/20/07
New York, New York

                              _____
                              United States District Judge Jed S. Rakoff