UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
3COM CORPORATION,

      Plaintiff,

   -against-

CAPITAL 4, INC., F. DAVIS
DAWSON, and ISH VILLA-LOBOS,

      Defendants.
------------------------------------------------------------x

Index No. 07 Civ. 8707 (JSR)(JDF)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

  PLEASE TAKE NOTICE, that Luigi Spadafora of Winget, Spadafora & Schwartzberg, LLP hereby enters his appearance in this action as counsel for Capital 4, Inc., F. Davis Dawson, and Ish Villa-Lobos, and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: November 23, 2007
   New York, New York

            WINGET, SPADAFORA &
            SCHWARTZBERG, LLP

            By: /s/ Luigi Spadafora
            Luigi Spadafora (LS-8471)
            45 Broadway, 19th Floor
            New York, New York 10006
            (212) 221-6900