UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
3COM CORPORATION,

           Plaintiff,

          -against-

CAPITAL 4, INC., F. DAVIS
DAWSON, and ISH VILLA-LOBOS,

          Defendants.
------------------------------------------------------------x

Index No. 07 Civ. 8707 (JSR)(JDF)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Capital 4, Inc. certifies that Capital 4, Inc. is not a publicly traded corporation and does not have any corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: November 23, 2007
       New York, New York

                            WINGET, SPADAFORA &
                            SCHWARTZBERG, LLP

                            By:/s/ Luigi Spadafora
                                Luigi Spadafora (LS-8471)
                                Thomas Vays (TV-2112)
                                45 Broadway, 19th Floor
                                New York, New York 10006
                                (212) 221-6900