UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

                Plaintiff,

-against-

CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS,

                Defendants.

Civ. No. 1:07-cv-08707-JSR-JDF

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

    Pursuant to Local Rule 1.3(d), please note that Daniel E. Rosenfeld, counsel for plaintiff 3Com Corporation, is now associated with:

                DLA PIPER US LLP
                33 Arch Street, 26th Floor
                Boston, MA  02110-1447
                Telephone:  (617) 406-6000
                Facsimile: (617) 406-6100

Mr. Rosenfeld was formerly associated with Kirkpatrick & Lockhart Preston Gates Ellis LLP.

                Respectfully submitted,

                3COM CORPORATION
                By its attorney,

                /s/ Daniel E. Rosenfeld_____
                Daniel E. Rosenfeld (DR-4624)
                DLA PIPER US LLP
                33 Arch Street, 26th Floor
                Boston, MA  02110-1447
                (617) 406-6000 (*telephone*)

Dated:  January 22, 2008

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on January 22, 2008.

                                      /s/ Daniel E. Rosenfeld_____
                                      Daniel E. Rosenfeld