UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| 3COM CORPORATION, | ) ) | |
| Plaintiff | ) ) | Civ. No. 1:07-cv-08707-JSR-JDF |
| v. | ) ) ) | |
| CAPITAL 4, INC., F. DAVIS DAWSON, and ISH VILLA-LOBOS | ) ) ) | |

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Pursuant to Local Rule 1.3(d), please note that Eileen E. Pott, counsel for plaintiff 3Com Corporation, is now associated with:

> DLA PIPER US LLP
> 33 Arch Street, 26th Floor
> Boston, MA  02110-1447
> Telephone:  (617) 406-6000
> Facsimile: (617) 406-6100

Ms. Pott was formerly associated with Kirkpatrick & Lockhart Preston Gates Ellis LLP.

> Respectfully submitted,
>
> 3COM CORPORATION
> By its attorney,
>
> /s/ Eileen E. Pott
> Eileen E. Pott (admitted *pro hac vice*)
>    Eileen.Pott@dlapiper.com
> DLA PIPER US LLP
> 33 Arch Street, 26th Floor
> Boston, MA  02110-1447
> (617) 406-6000 (*telephone*)

Dated:  February 14, 2008

BOST1\507737.1

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on February 14, 2008.

                /s/ Eileen E. Pott_____
                Eileen E. Pott