# EXHIBIT E

*FYI*

**Paulette Kamrath**

| | |
|---|---|
| **From:** | Simon Hughes [simon@hugheslegal.com] |
| **Sent:** | Thursday, October 04, 2007 7:36 AM |
| **To:** | 'Paulette Kamrath' |
| **Cc:** | 'Lisa Roppolo'; Dean Whitehouse; Dave Dawson; David Casale; Peter Ochroch |
| **Subject:** | RE: Capital 4 Invoice |

Paulette,

I have been informed that Capital 4 is no longer able to provide dial tone services to its customers. As a result, Capital 4 customers have been notified to find an alternative dial tone providers.

Your company's contract with Capital 4 was cancelled, and, per the agreement, Capital 4 was required to remit monthly payments. Each month, those payments were wired to my firm's trust account, and, in turn remitted directly to the lender - De Lage Landen Financial Services. In the future, if any such payments are received from Capital 4, they will be remitted to De Lage Landen. However, realistically, I do not expect that Capital 4 will be in a position to make such payments.

I provide the following information and contacts, so you can determine how to proceed:

3Com's counsel - Dean Whitehouse - 508-323-1292

De Lage Landen's counsel - Peter Ochroch - (610) 386-3702

I have cc'd each of these gentlemen, as well as David Casale and Dave Dawson of Capital 4.

Should you have any questions regarding this matter, please call me.

Simon H. Hughes
The Hughes Law Firm PC
13280 Northwest Freeway
No. F-400
Houston, Texas 77040
713-621-4500 (o)
281-380-9001 (c)
713-896-8450 (f)

-----Original Message-----
From: Paulette Kamrath [mailto:paulette@eebins.com]
Sent: Friday, September 28, 2007 1:23 PM
To: 'Simon Hughes'
Cc: 'Lisa Roppolo'
Subject: Capital 4 Invoice

Simon,

Attached is an invoice we received for Capital 4. Please send to the correct dept. for payment.

We also received a call this week concerning this account. Would it be possible to either pay this account in full or to at least remove Evans Ewan & Brady from the account? Any assistance in this matter will be greatly appreciated.

Thanks,

Paulette Kamrath
Evans Ewan & Brady Insurance Agency
2404 Williams Dr
Georgetown TX 78628
512-869-1511
512-863-5504 Fax
paulette@eebins.com