# EXHIBIT F

**Paulette Kamrath**

*Handwritten: Ken.*

| | |
|---|---|
| **From:** | Paulette Kamrath [paulette@eebins.com] |
| **Sent:** | Tuesday, November 27, 2007 8:49 AM |
| **To:** | 'Simon Hughes' |
| **Subject:** | RE: Capital 4 Invoice |

*Handwritten: And the saga continues PK ☺*

Mr. Hughes,
We are having an attorney look at the documents and are awaiting his advice. We had also contacted Mark Powers with Lease Direct about reaching a settlement with them but he is concerned with Capital 4 filing bankruptcy.
We are open to any suggestions you might have to help us with this matter.
Thanks,

*Handwritten: Ask me for more Details*

Paulette Kamrath
Evans Ewan & Brady Insurance Agency
2404 Williams Dr
Georgetown TX 78628
512-869-1511
512-863-5504 Fax
paulette@eebins.com

---

**From:** Simon Hughes [mailto:simon@hugheslegal.com]
**Sent:** Tuesday, November 27, 2007 7:36 AM
**To:** 'Paulette Kamrath'
**Subject:** RE: Capital 4 Invoice

Paulette,

*Handwritten: ✶*

Please advise me what, if anything, has happened to this account. I may have a way to assist you with this matter.

*Handwritten: ✶*

Simon H. Hughes
The Hughes Law Firm PC   *— Capital 4 Attorney*
13280 Northwest Freeway
No. F-400
Houston, Texas  77040
713-621-4500 (o)
281-380-9001 (c)
713-896-8450 (f)

---

**From:** Paulette Kamrath [mailto:paulette@eebins.com]
**Sent:** Thursday, October 04, 2007 5:10 PM
**To:** 'Simon Hughes'
**Cc:** 'Lisa Roppolo'; 'Dean Whitehouse'; 'Dave Dawson'; 'David Casale'; 'Peter Ochroch'
**Subject:** RE: Capital 4 Invoice

11/27/2007

Mr. Hughes,
   Just to clarify, have the payments been made for the Capital 4 Financial Svcs invoices for $1992.38 and $1047.44?
   According to the settlement and release agreement between *Evans Ewan & Brady Insurance Agency, Inc and Capital 4, Inc and the cancellation/termination provisions in the Capital 4 Agreement, on a monthly basis, Capital 4 shall pay to the Customer (EEBINS) an amount equal to the monthly payment that Customer is required to pay DLL under the DLL Lease. These payments shall continue for the period specified in the DLL Lease. Customer specifically requires that all such payments be remitted by Capital 4 to the Hughes Law Firm Trust Account.*
   Please inform us of Capital 4, Inc effort to full this obligation to Evans Ewan & Brady Insurance Agency, Inc.


Paulette Kamrath
Evans Ewan & Brady Insurance Agency
2404 Williams Dr
Georgetown TX 78628
512-869-1511
512-863-5504 Fax
paulette@eebins.com

-----Original Message-----
From: Simon Hughes [mailto:simon@hugheslegal.com]
Sent: Thursday, October 04, 2007 7:36 AM
To: 'Paulette Kamrath'
Cc: 'Lisa Roppolo'; Dean Whitehouse; Dave Dawson; David Casale; Peter Ochroch
Subject: RE: Capital 4 Invoice

 Paulette,


I have been informed that Capital 4 is no longer able to provide dial tone services to its customers. As a result, Capital 4 customers have been notified to find an alternative dial tone providers.

Your company's contract with Capital 4 was cancelled, and, per the agreement, Capital 4 was required to remit monthly payments. Each month, those payments were wired to my firm's trust account, and, in turn remitted directly to the lender - De Lage Landen Financial Services. In the future, if any such payments are received from Capital 4, they will be remitted to De Lage Landen. However, realistically, I do not expect that Capital 4 will be in a position to make such payments.

I provide the following information and contacts, so you can determine how to proceed:

3Com's counsel - Dean Whitehouse - 508-323-1292

De Lage Landen's counsel - Peter Ochroch - (610) 386-3702


11/27/2007

I have cc'd each of these gentlemen, as well as David Casale and Dave Dawson of Capital 4.

Should you have any questions regarding this matter, please call me.

Simon H. Hughes
The Hughes Law Firm PC
13280 Northwest Freeway
No. F-400
Houston, Texas 77040
713-621-4500 (o)
281-380-9001 (c)
713-896-8450 (f)

-----Original Message-----
From: Paulette Kamrath [mailto:paulette@eebins.com]
Sent: Friday, September 28, 2007 1:23 PM
To: 'Simon Hughes'
Cc: 'Lisa Roppolo'
Subject: Capital 4 Invoice

Simon,
Attached is an invoice we received for Capital 4. Please send to the correct dept. for payment.
We also received a call this week concerning this account. Would it be possible to either pay this account in full or to at least remove Evans Ewan & Brady from the account? Any assistance in this matter will be greatly appreciated.
Thanks,

Paulette Kamrath
Evans Ewan & Brady Insurance Agency
2404 Williams Dr
Georgetown TX 78628
512-869-1511
512-863-5504 Fax
paulette@eebins.com

11/27/2007