**EXHIBIT G**

**Paulette Kamrath**

From: Simon Hughes [simon@hugheslegal.com]
Sent: Tuesday, December 04, 2007 2:16 PM
To: 'Paulette Kamrath'
Subject: Claims based upon the 3Com Power of $Zero Solution



071203 Fee
'eement - 3Com L

Paulette,

It is my opinion that the circumstances under which your company purchased the 3Com Power of $Zero Solution provides a sufficient basis for asserting claims against 3Com Corporation (and potentially others), based upon material misrepresentations which occurred in connection with the transaction. I am quite familiar with the relevant players in this matter, and I am now prepared to offer to represent your company in this litigation.

I am still in the process of identifying the core group of Plaintiffs, and organizing this litigation to provide the greatest strategic advantages. To that end, short of sending 3Com a detailed demand in accordance with the Deceptive Trade Practices Act, the lawsuit will not be filed until after the New Year. (Typically, this statutory notice requires a 60 day period before
filing.) However, it is my opinion that once we are ready to file suit, the results should come very quickly. I would certainly expect (and intend to force 3Com to provide) a reasonable settlement offer within no more than six-months after filing.

I have attached a copy of my standard Power of Attorney and Contingent Fee agreement, applicable to this litigation. Please review it, and if you have any questions, please call or e-mail me. Once reviewed, please provide (via
e-mail) all pertinent contact info, and details as to who will execute the
Fee Agreement.

Once we have established an attorney-client relationship, I will provide a more detailed roadmap, as to how the matter will proceed. In the meanwhile, please let me know if you have any questions or concerns.

Sincerely,

Simon H. Hughes
The Hughes Law Firm PC
13280 Northwest Freeway
No. F-400
Houston, Texas 77040
713-621-4500 (o)
281-380-9001 (c)
713-896-8450 (f)