# EXHIBIT L

| | |
|---|---|
| **From:** | Simon Hughes [simon@hugheslegal.com] |
| **Sent:** | Tuesday, March 11, 2008 9:05 AM |
| **To:** | Rosenfeld, Daniel |
| **Subject:** | Claims arising from the 3Com Power of $Zero Solution - Evans, Ewan & Brady; Litchfield Family Practice; Bank & Trust Company |

Dan,

I am withdrawing from the representation of these (and other) 3Com Power of $Zero Customers, in connection with their claims arising from that transaction. Within the next few days, I will provide you with the name of the attorney to assume responsibility for these matters.

Should you have any questions regarding this matter, please call.

Simon H. Hughes
The Hughes Law Firm PC
13280 Northwest Freeway
No. F-400
Houston, Texas  77040
713-621-4500 (o)
281-380-9001 (c)
713-896-8450 (f)

1