# EXHIBIT M



# Capital 4
THE POWER OF $ZERO™ SOLUTION

March 10, 2008

Simon Hughes, Esq        VIA EMAIL
Houston, Texas

Re: Representation of former Capital4 customers

Dear Simon:

This is to memorialize our recent conversation in which I informed you that Capital 4 does not consent to your representation of Power of $Zero customers in connection with any claims filed against 3Com, De Lage Landen, or any other person or entity affiliated with the Power of $Zero program. Please be guided accordingly.

            Sincerely,

            Dave Dawson
            President
            Capital4, Inc.

cc: Ish Villa-Lobos

1010 NORTH SAN JACINTO ♦ HOUSTON, TEXAS 77002
713-228-9928 (v) ♦ WWW.CAPITAL4.COM ♦ 713-237-1118 (F)