# EXHIBIT N

# THE HUGHES LAW FIRM

A PROFESSIONAL CORPORATION

BOARD CERTIFIED
CONSUMER AND COMMERCIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

5 May 2008

Ms. Theresa Chang
Harris County District Clerk
201 Caroline Street
Houston, Texas 77002

Re: Cause No. 2008-14915; *Texas Network of Youth Services, et al. v. 3Com Corporation*; In the 11th Judicial District, Harris County

Dear Ms. Chang:

Enclosed for filing please find the following:

- Plaintiffs' Notice of Nonsuit

Please return the file-stamped copy in the enclosed envelope. Should you have any questions regarding this matter, please do not hesitate to call.

Sincerely,

Simon H. Hughes

SHH/ap
Enclosure
cc: Frank Maneri
    Dan Rosenfeld
    Ron Gossett

No. 2008-14915

| | | |
|---|---|---|
| **Texas Network of Youth Services, et al.,** <br> Plaintiffs <br> v. <br><br> **3Com Corporation, et al.,** <br> Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § | 11th Judicial District Court <br> Harris County, Texas |

### PLAINTIFFS' NOTICE OF NONSUIT

Plaintiffs ask the Court to sign an Order, observing Plaintiffs' Notice of Nonsuit as to all of Plaintiffs' claims against Defendants:

#### I.  Nonsuit

1.1  Plaintiffs hereby nonsuit, and request that the Court dismiss without prejudice, all claims and causes of action asserted against Defendants.

#### II.  Prayer

2.1  For these reasons, Plaintiffs respectfully pray that this Notice of Nonsuit be observed and entered by the Court as to Defendants.

Respectfully submitted,

THE HUGHES LAW FIRM

By: _____
Simon H. Hughes
State Bar No. 10230295
13280 Northwest Freeway
No. F-400
Houston, Texas 77040
Tel: 713-621-4500
Fax: 713-896-8450

ATTORNEYS FOR PLAINTIFFS

*Plaintiffs' Notice of Nonsuit --Page 1 of 2*

## Certificate of Service

Although no Defendants have been served or filed an Answer in this case, on May 5, 2008, a true and correct copy of this pleading was sent via fax, mail, electronic-mail, or hand delivery to all known counsel for each party.

_____
Simon H. Hughes