# EXHIBIT R

## Paulette Kamrath

| | |
|---|---|
| From: | Paul Jordan [pjordan@sneedvine.com] |
| Sent: | Friday, March 14, 2008 2:24 PM |
| To: | 'Paulette Kamrath' |
| Cc: | Josh Schroeder |
| Subject: | De Lage Landen Financial Services, Inc. v Evans, Ewan & Brady |

Paulette:

I have reviewed the information you provided me concerning the claims of De Lage and issues related to the phone system you returned. I also reviewed the information provided concerning your engagement of Simon Hughes and Ronald Gossett. In addition, I had a telephone conversation with Mr. Hughes this morning. While there are no absolutes, I think Evans, Ewan and Brady is best advised to stay the course. At least, if I were in your shoes, I believe that is what I would do.

The are some things about the arrangement and relationship with Mr. Hughes that I am not entirely comfortable with; however, it appears to me that proceeding with Hughes and Gossett is your best available option. Practically, it is not economically feasible to hire PA counsel to represent you in this matter. It is only the opportunity to share common cost with other similarly situated folks that leads to suggest that you stay the course. Mr. Hughes assured me that he would equitably spread his time among all his clients and that Gossett agreed to do the same.

Other options include a) attempting to settle the claim now or b) doing nothing. You told me that you attempts to settle the claim did not amount to much and doing nothing has risks. There is a good chance that you could raise all your defenses against De Lage if and when it attempted to enforce its judgment in Texas, but that is not a course of action I can recommend at present.

I do not have enough information to evaluate your claims against De Lage. The whole arrangement seems pretty shady. I suspect the outcome will largely depend upon how closely associated the companies were.

I hope this helps. Feel free to contact me should you have questions.

Paul Jordan
Sneed, Vine & Perry, P.C.
2995 Dawn Drive, Suite D
Georgetown, Texas 78628
Phone: 512-930-9775
Fax: 512-819-9707
email: pjordan@sneedvine.com
*****************************************

This communication may be protected by the attorney/client privilege and may contain confidential information intended only for the person to whom it is addressed. If it has been sent to you in error, please reply to the sender that you have received the message in error and delete this message. If you are not the intended recipient, any dissemination, distribution, copying or other reproduction of this message is strictly prohibited.

3/14/2008