UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

    Plaintiff,

v.

CAPITAL 4, INC., et al.,

    Defendants.

Civ. No. 07-Civ.-8707(JSR) (JDF)

**NOTICE OF**
**WITHDRAWAL OF APPEARANCE**

    Please withdraw my appearance on behalf of the plaintiff, 3Com Corporation. 3Com Corporation will continue to be represented in this matter by Daniel E. Rosenfeld of DLA Piper US LLP, 33 Arch Street, 26th Floor, Boston, Massachusetts, 02110.

    Respectfully submitted,

    Douglas F. Broder
    Kirkpatrick & Lockhart
    Preston Gates Ellis LLP
    599 Lexington Avenue
    New York, NY 10022
    (212) 536-39
    douglas.broder@klgates.com

Dated: May 12, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of May, 2008, a true and correct copy of the foregoing document was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.