SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3Com Corporation,        Plaintiff,

                                                    7 cv 8707 (JSR)

    - against -

Capital 4, Inc., et al.    Defendant.

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Leonard I. Spielberg   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:   Ronald P. Gossett
    Firm Name:           Gossett & Gossett, P.A.
    Address:             4700 Sheridan Street, Building I
    City/State/Zip:      Hollywood, FL 33021
    Phone Number:        (954) 983-2828
    Fax Number:          (954) 212-0439

Ronald P. Gossett   is a member in good standing of the Bar of the States of
Florida state and federal courts

There are no pending disciplinary proceeding against Ronald P. Gossett
in any State or Federal court.

Dated:          5/8/2008
City, State:    Westchester, NY

Respectfully submitted,

_____
Sponsor's
SDNY Bar ( L I S 2506 )
Firm Name: Harold, Salant, Strassfield & Spielberg
Address: 81 Main Street
City/State/Zip: White Plains, NY
Phone Number: (914) 683-2500
Fax Number: (914) 683-1279

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

3Com Corporation,

                Plaintiff,

against

Capital 4, Inc., F. Davis Dawson and Ish Villa-Lobos,

                Defendants.

---

Civ. No. 07-CIV-8707 (JSR)

**AFFIDAVIT OF LEONARD SPIELBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                              )
County of Westchester  )

Leonard Spielberg, being duly sworn, hereby deposes and says as follows:

1. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Ronald P. Gossett as counsel pro hac vice to represent various deposition witnesses in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in _February, 1973_. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ronald P. Gossett since 2000.

4. Ronald P. Gossett is an owner of Gossett & Gossett, P.A., a law firm in Hollywood, Florida.

5. I have found Ronald P. Gossett to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ronald P. Gossett pro hac vice.

7. I respectfully submit a proposed order granting the admission of Ronald P. Gossett pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Ronald P. Gossett pro hac

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. **# 210811**

I, **STEVEN M. LARIMORE**,   Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that   ***RONALD PENDL GOSSETT***   was duly admitted to practice in said Court on March 25, 1977, and is in good standing as a member of the bar of this Court.

Dated at: **Fort Lauderdale, Florida**, this April 24, 2008

**STEVEN M. LARIMORE**
Clerk of Court

By _____
Deputy Clerk

certstan.wpt/sk/8-99

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3Com Corporation              Plaintiff,

                                                        7   cv   8707   (JSR)

            - against -
                              Defendant.    **ORDER FOR ADMISSION**
Capital 4, Inc., et al.                     **PRO HAC VICE**
                                            **ON WRITTEN MOTION**

Upon the motion of Leonard I. Spielberg   attorney for  various witnesses

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ronald P. Gossett |
| Firm Name: | Gossett & Gossett, P.A. |
| Address: | 4700 Sheridan Street, Building I |
| City/State/Zip: | Hollywood, FL 33021 |
| Telephone/Fax: | (954) 983-2828 |
| Email Address: | rongossett@gossettlaw.com |

is admitted to practice pro hac vice as counsel for  various witnesses   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY


                                    _____
                                    United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

3Com Corporation,

                                Plaintiff,

against                               Civ. No. 07-CIV-8707 (JSR)

Capital 4, Inc., F. Davis Dawson and Ish Villa-Lobos,              **CERTIFICATE OF SERVICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

                              Defendants.

---

    I HEREBY CERTIFY that a copy of the motion to admit Ronald P. Gossett as counsel pro hac vice has been served by mail on the following:

1.     Daniel E. Rosenfeld, Esq.
       Kirkpatrick & Lockhart Preston Gates Ellis LLP
       Counsel for Plaintiff
       One Lincoln Street
       Boston, MA 02111-2950

2.     Luigi Spadafora
       Winget, Spadafora & Schwartzberg, LLP
       Counsel for Defendants
       45 Broadway, 19th Floor
       New York, NY 10006

Dated:
City, State:

                                                       Respectfully submitted,

                                                       Leonard I. Spielberg

                                                     SDNY Bar Code: