UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3COM CORPORATION,

    Plaintiff,

v.

CAPITAL 4, INC., et al.,

    Defendants.

Civ. No. 07-Civ.-8707(JSR) (JDF)

**NOTICE OF APPEARANCE**

    Pursuant to this Court's November 20, 2007 order allowing my appearance *pro hac vice* on behalf of 3Com Corporation in this matter (DKT # 28), please enter my appearance on behalf of the plaintiff, 3Com Corporation. in the above-captioned matter.

    3COM CORPORATION.
    By its attorneys,

    /s/ Eileen E. Pott
    Eileen E. Pott (BBO #662350)
    eileen.pott@dlapiper.com
    DLA PIPER US LLP
    33 Arch Street, 26th Floor
    Boston, MA  02110-1447
    (617) 406-6000 (*telephone*)
    (617) 406-6100 (*fax*)

Dated:  May 16, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on May 16, 2008.

    /s/ Eileen E. Pott
    Eileen E. Pott

BOST1\520940.1