# EXHIBIT -A-

# WINGET, SPADAFORA & SCHWARTZBERG, LLP

45 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE (212) 221-6900
FACSIMILE (212) 221-6989

www.wssllp.com

WRITER'S EMAIL: Vays.t@wsllp.com

*CONECTICUT OFFICE:*
177 BROAD ST., 5TH FL.
STAMFORD, CONNECTICUT 06901
TELEPHONE (203) 328-1200
FACSIMILE: (203) 328-1212

*NEW JERSEY OFFICE:*
ONE GATEWAY CENTER, 26TH FL.
NEWARK, NEW JERSEY 07102
TELEPHONE (973) 622-8144
FACSIMILE (973) 622-3423

*FLORIDA OFFICE:*
20801 BISCAYNE BLVD., 4TH FL.
MIAMI, FLORIDA 33180
TELEPHONE (786) 923-5911
FACSIMILE (786) 923-5912

April 9, 2008

*By Electronic Mail & First Class Mail*

Daniel E. Rosenfeld, Esq.
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA 02110

Re:     3Com Corporation v. Capital 4, Inc., et al

Dear Dan:

On April 2, 2008, we had a telephone conversation during which you informed me that it is your position that Capital 4 somehow waived the attorney-client privilege with respect to communications with Simon Hughes based on the filing of the *Texas Network of Youth Services v. 3Com Corporation* action. As you will recall, I advised you that Capital 4 did not waive the privilege. Given our divergent positions, we agreed that the dispute should be resolved advance of the upcoming depositions, either amongst ourselves through the exchange of correspondence or, if necessary, by the Court. You agreed to provide us with the authority supporting your conclusion.

To date, we have not received anything from you on this subject. Accordingly, we presume that you have conducted your research and concluded that your novel waiver argument is not supported by any existing authority. Please confirm, as soon as possible, that this issue is resolved and that we will not require judicial intervention.

Very truly yours,

/s/

Thomas Vays