# EXHIBIT -A-

**Dave Dawson**

| | |
|---|---|
| From: | Dave Dawson [ddawson@capital4.com] |
| Sent: | Monday, March 10, 2008 10:05 PM |
| To: | 'Simon Hughes' |
| Attachments: | 080311 Simon Hughes.doc |

Simon,
Letter attached...

Regards,
Dave

Dave Dawson
C  713-539-5004
F  713-237-1118
ddawson@capital4.com



## Capital 4

THE POWER OF $ZERO™ SOLUTION

March 10, 2008

Simon Hughes, Esq                                   VIA EMAIL
Houston, Texas

Re:   Representation of former Capital4 customers

Dear Simon:

This is to memorialize our recent conversation in which I informed you that Capital 4 does not consent to your representation of Power of $Zero customers in connection with any claims filed against 3Com, De Lage Landen, or any other person or entity affiliated with the Power of $Zero program. Please be guided accordingly.

Sincerely,

Dave Dawson
President
Capital4, Inc.

cc:   Ish Villa-Lobos