SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3Com Corporation                    Plaintiff,

                                                                  7   cv  8707   (JSR)

       - against -

Capital 4, Inc., et al.             Defendant.        **ORDER FOR ADMISSION
                                                      PRO HAC VICE
                                                      ON WRITTEN MOTION**

Upon the motion of Leonard I. Spielberg   attorney for   various witnesses

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ronald P. Gossett |
| Firm Name: | Gossett & Gossett, P.A. |
| Address: | 4700 Sheridan Street, Building I |
| City/State/Zip: | Hollywood, FL 33021 |
| Telephone/Fax: | (954) 983-2828 |
| Email Address: | rongossett@gossettlaw.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-08

is admitted to practice pro hac vice as counsel for  various witnesses  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/16/08
City, State: New York, NY

                                      United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

3Com Corporation,

      Plaintiff,

against           Civ. No. 07-CIV-8707 (JSR)

Capital 4, Inc., F. Davis Dawson and Ish
Villa-Lobos,         **CERTIFICATE OF SERVICE OF**
             **MOTION TO ADMIT COUNSEL PRO**
       Defendants.   **HAC VICE**

---

  I HEREBY CERTIFY that a copy of the motion to admit Ronald P. Gossett as counsel pro hac vice has been served by mail on the following:

1.  Daniel E. Rosenfeld, Esq.
  Kirkpatrick & Lockhart Preston Gates Ellis LLP
  Counsel for Plaintiff
  One Lincoln Street
  Boston, MA 02111-2950

2.  Luigi Spadafora
  Winget, Spadafora & Schwartzberg, LLP
  Counsel for Defendants
  45 Broadway, 19th Floor
  New York, NY 10006

Dated:
City, State:

                   Respectfully submitted,

                   _____
                   Leonard I. Spielberg

                   SDNY Bar Code: