**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

3COM CORPORATION,

     Plaintiff,

v.                                                          Civ. No. 07-Civ.-8707(JSR) (JDF)

CAPITAL 4, INC., et al.,

     Defendants.                                     **SUPPLEMENTAL**
                                                         **AFFIDAVIT OF COUNSEL**

     I, Daniel E. Rosenfeld, depose and state as follows:

     1.     Attached hereto as Exhibit S is a true and accurate copy of the First Contract

Amendment executed by Capital 4, Inc. and 3Com Corporation.

     2.     Attached hereto as Exhibit T is a true and accurate copy of March 31, 2008

correspondence from R. Gossett to D. Rosenfeld.


     I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and

correct.  Executed on this 21st day of May, 2008.



                    /s/ Daniel E. Rosenfeld
                    Daniel E. Rosenfeld

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of May, 2008, a true and correct copy of the

foregoing document was served using the Court's CM/ECF system, with electronic notification

of such filing to all counsel of record.

I also certify that on this date the foregoing was served, via electronic mail and via

United Parcel Service, on the following:

Ronald P. Gossett, Esq.                 Simon H. Hughes, Esq.
Gossett & Gossett, P.A.                 The Hughes Law Firm, P.C.
4700 Sheridan Street, Building I        13280 Northwest Freeway, No. F-400
Hollywood, FL 33021                     Houston, TX 77040
RonGossett@gossettlaw.com               Simon@hugheslegal.com

Thomas Vays, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
Vays.T@wssllp.com


                                        /s/ Daniel E. Rosenfeld
                                        Daniel E. Rosenfeld