**United States District Court**
**Southern District of New York**

Case Number 07-CIV-8707 (JSR) (JDF)

3Com Corporation,

                            Plaintiff,

vs.

Capital 4, Inc., *et al.*

                            Defendants.
_____/

# Notice of Filing Related Class Action Complaint

    The witnesses represented by Ronald P. Gossett, serve notice of the filing in the United States District Court for the Eastern District of Pennsylvania, of the attached putative class action suit against the Plaintiff and Defendant in this case. Said notice is served in light of the hearing scheduled before this court for July 15, 2008.

## Certificate of Service

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by United States mail, postage prepaid, this _____ day of July, 2008, to: Simon H. Hughes, Esq., of The Hughes Law Firm, PARK CITY, 13280 Northwest Freeway, No. F-400, Houston, TX 77040, and served the same by attachment to email before 5:00 p.m., the same date, and to the other

attorneys of record by posting the same on the court's Electronic Case Filing system.

                                         **Gossett & Gossett, P.A.**
                                         Attorneys for Deposition Witnesses
                                         4700 Sheridan St., Building I
                                         Hollywood, FL  33021
                                         (954) 983-2828 • (954) 212-0439 Fax
                                         rongossett@gossettlaw.com
                                         Fla. Bar No. 210811


By: /s/ *Ronald P. Gossett*
                          Ronald P. Gossett (RG6930)
                                For the Firm

RPG/ms

D:\Clients\3Com\New York\Pleadings\Notices\Notice of Filing Related Class Action Complaint.wpd