```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
3COM CORPORATION,                   :
                                    :
                Plaintiff,          :    07 Civ. 8707 (JSR)
                                    :
        -v-                         :         ORDER
                                    :
CAPITAL 4, INC., F. DAVIS DAWSON,   :
and ISH VILLA-LOBOS,                :
                                    :
                Defendants.         :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, see transcript, 7/15/08, plaintiff 3Com Corporation's motions 1) for a finding that defendant Capital 4, Inc. is in contempt of the preliminary injunction and for a determination that Capital 4 has waived attorney client privilege and 2) to disqualify Simon H. Hughes and Ronald P. Gossett from representing certain third party witnesses are both denied. The Clerk of the Court is directed to close documents number 37 and 40 in the Court's docket.

    SO ORDERED.

                                                                _____
                                                                   JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-08